70 F.3d 112
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Roy Lee PERRY, Plaintiff--Appellant,
v.
Warren CHRISTOPHER, Secretary of State; Janet Reno, United
States Attorney General; George Allen, Governor of
Virginia; Paul D. Fraim, Mayor of the City of Norfolk;
James S. Gilmore, III, Attorney General of Virginia; Ron
Angelone, Director of the Department of Corrections; Bruce
Meadow, Secretary, State Board of Elections; Chuck
Griffeth, Commonwealth Attorney, City of Norfolk; Robert
Mccabe, Sheriff, City of Norfolk; Frank Drew, Sheriff, City
of Virginia Beach; John Jabe, Warden, Greensville
Correctional Center; Dorothy F. Kea, Registrar of County
Board of Elections; Ann Washington, General Registrar of
State Board of Elections; Alton Baskerville, Warden, Deep
Meadow Correctional Center; John B. Metzger, III, Director,
Virginia Parole Board, Defendants--Appellees.
Roy Lee PERRY, Plaintiff--Appellant,
v.
Warren CHRISTOPHER, Secretary of State of the United States;
Bruce Meadow, Secretary, State Board of Elections; Dorothy
F. Kea, Registrar of County Board of Elections; Ann
Washington, General Registrar of State Board of Elections,
Defendants--Appellees.
 Nos. 95-7128, 95-7328.
 United States Court of Appeals, Fourth Circuit.
 Decided Nov. 16, 1995.
Submitted Oct. 12, 1995
 
 Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-95-908-AM, CA-95-840-AM)
 Roy Lee Perry, Appellant Pro Se.
 Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's orders denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint and post-judgment motions. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Perry v. Christopher, Nos. CA95-908-AM; CA-95-840-AM (E.D. Va. July 6, 1995; July 14, 1995; June 23, 1995; July 12, 1995). Appellant's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.